AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.

DaShawn OGLESBY

*Defendant(s)*

Case No. 3:26-mj-00341

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Montgomery in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 USC s. 841(a)(1)&(b)(1)(B)/ 21 USC s. 846 & 841(b)(1)(B) | knowing and intentional possession with intent to distribute 40 grams or more of mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance/conspiracy to do the same |
| 21 USC s. 856(a)(2) | maintianing a drug premises |
| 18 USC s. 924(c) | possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

See Attached Affidavit of Janna Penfield

FILED
RICHARD W. NAGEL
CLERK OF COURT
AUG 14 2026 12:56 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

☑ Continued on the attached sheet.

Janna Penfield
*Complainant's signature*

Janna Penfield, SA of the ATF
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: 8/14/2026

*Judge's signature*

City and state: Dayton, Ohio

Caroline H. Gentry, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

Your Affiant, Janna Penfield, deposes and states:

## INTRODUCTION

1. Your Affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and has been so employed since August 2018. Prior to becoming a Special Agent with ATF, I was a United States Probation Officer with the United States Probation Department through the Southern District of Ohio from October 2014 through January 2018. Additionally, from August 2007 through October 2014, I was a Parole Officer through the State of Ohio, which included a special assignment position with the United States Marshal Service as a Task Force Officer on the Southern Ohio Fugitive Apprehension Strike Team. I have completed the Federal Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also completed the Initial Pretrial and Probation Training Program at the Federal Law Enforcement Training Center in Charleston, South Carolina, and the State of Ohio Parole Academy in Columbus, Ohio. In addition to the firearms, arson, and explosives-related training received in these courses, Your Affiant has also conducted and participated in numerous investigations involving firearms, firearms trafficking, and narcotics.

## PURPOSE OF AFFIDAVIT

2. I make this affidavit in support of criminal complaints against, and arrest warrants for, DaShawn OGLESBY and Byron SIMON for violations of:

a. 21 U.S.C. §§ 846 and 841(b)(1)(B) (conspiracy to distribute and to possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture or substance);

b. 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) (knowing and intentional possession with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance);

c. 21 U.S.C. § 856(a)(2) (maintaining a drug premises);

d. 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime.

3. The statements contained in this Affidavit are derived from information provided to me by other law enforcement agencies, from my review of records and reports relating to the investigation as well as my own investigation of this matter. This Affidavit does not include every fact known to me regarding this investigation but seeks to summarize relevant information.

**SUMMARY OF PROBABLE CAUSE**

4. Since April 2026, ATF and state law enforcement agencies have investigated DaShawn OLGESBY (also known as "Meech") for his role in the distribution of controlled substances (including fentanyl) in southern Ohio. As detailed below, this investigation linked OGLESBY and Byron SIMON to a home at 225 West Nottingham Road, Dayton, Ohio, from which they ran their drug operation.

5. In or around April 2026, a confidential source ("CS") notified state law enforcement that a person calling himself "Meech" used (937) 479-1274 (i.e., the "TARGET CELLPHONE") to traffic fentanyl near East Main Street in Trotwood, Ohio. At that time, state law enforcement corroborated the CS's statements as local police conducted a series of controlled buys from "Meech", identified as OLGESBY, who was using the TARGET CELLPHONE. It should be noted that, during August 2026, the CS failed to disclose, among other things, the CS's

drug usage and therefore was deactivated as an informant. For reasons detailed below, law enforcement possesses additional independent information that OLGESBY traffics fentanyl.

6. Specifically, on or about August 7, 2026, an undercover officer (UC) with the Montgomery County Sheriff's Department Regional Agencies for Narcotics and Gun Enforcement Task Force (R.A.N.G.E.) placed a cold call to OGLESBY at the TARGET CELLPHONE to order $200 worth of fentanyl. OGLESBY agreed to meet the UC. Using the TARGET CELLPHONE, OGLESBY directed the UC to park on Briar Place in Montgomery County, Ohio. Shortly thereafter, a white sedan with dark tinted windows pulled up to the UC's vehicle and conducted a hand-to-hand transaction with OGLESBY for $200 worth of fentanyl. It should be noted that OGLESBY was in the vehicle with three (3) other unidentified males. During the transaction, and following the completion of the controlled purchase, mobile surveillance was conducted of the white sedan. Surveillance units observed the white sedan pull into the driveway of 225 West Nottingham Road following the completion of the controlled purchase. Law enforcement field tested the substance that OGLESBY sold the UC, and it returned a presumptive positive result for the presence of fentanyl.

7. On or about August 11, 2026, law enforcement obtained a state search warrant for 225 West Nottingham Road, Dayton, Ohio. On or about August 12, 2026, law enforcement conducted spot checks at 225 West Nottingham Road and observed OGLESBY's white sedan parked at this residence, including the early morning hours indicating that he stayed at this residence.

8. On or about August 12, 2026, the UC contacted the TARGET CELLPHONE and ordered two ounces of fentanyl from OGLSEBY, who agreed to the sale. OGLESBY directed the UC to meet him near Elm Street in Trotwood, Ohio. The UC arrived at the meet location and,

shortly thereafter, OGLESBY arrived in his white sedan – the same sedan that officers had observed at 225 West Nottingham Road earlier in the day. OGLESBY then sold to the UC two (2) ounces of what OGLESBY represented to be fentanyl. It should be noted that field tests of the substance that OGLESBY sold on this occasion have proven inconclusive as to the presence of controlled substances. During conversations with the UC, OGLESBY mentioned that he needed to conduct the transaction prior to 3:30 p.m. as he had to report to his probation officer at that time.

9. Following the completion of the controlled purchase, OGLESBY was arrested at the Montgomery County Courthouse, and law enforcement executed the search warrant at 225 West Nottingham Road. Upon entry into the residence, law enforcement observed two males run out the back of the residence. One of these individuals (later identified as Byron SIMON) was wearing an all-white sweatsuit with white shoes. During the foot pursuit, one of SIMON's shoes fell off and was seized by law enforcement. A short time later, missing one shoe, SIMON was located and taken into custody by law enforcement.

10. During the ensuing search of the Nottingham residence, law enforcement found indicia that both OGLESBY and SIMON either lived at or controlled the residence. Law enforcement found printouts of photos from OGLESBY's known social media account located in the home. Additionally, printouts from news articles detailing that OGLESBY was wanted on state warrants were found in the house. As noted above, law enforcement had observed OGLESBY's car parked at the 225 Nottingham Road residence on multiple occasions throughout this investigation. As for SIMON, law enforcement discovered his Ohio driver license with the listed residence of 225 West Nottingham Road inside of the residence. A letter from the court system addressed to SIMON at the Nottingham residence was also located inside of the home.

Finally, domestic relations documents in his name were found in Nottingham as well. These items were discovered throughout the residence.

11. During the search, officers discovered in plain view throughout the residence indicia of drug trafficking activity. Five firearms – including a Micro Draco, two Glocks, a Smith & Wesson handgun, and an FR-15 rifle – were located throughout the house.[1] At least two of these firearms were fitted with high-capacity magazines. Based on my training and experience, I know that it is common for drug traffickers to keep firearms at their stash houses to protect themselves and their drugs from rival drug dealers, customers, and robbers. Consistent with the conclusion, one of the Glock firearms was located in close proximity to a glove containing bulk amounts of suspected controlled substances. Throughout the common areas, law enforcement collected over 258 grams of various baggies containing white and purple powder over 40 grams of which field tested for the presence of fentanyl; 191 grams of suspected methamphetamine; 61 grams of a substance that field tested positive for the presence of cocaine; and approximately $7,600 in U.S. currency. Based on my training and experience, I know that, given the street value of the drugs in this home (which is in the thousands of dollars) as well the bulk cash, a drug trafficker would not allow an unwitting participant to be present in the residence.

12. I have reviewed the criminal history for OGLESBY and SIMON, and both have felony convictions. OGLESBY has a prior conviction in state court for failure to comply, a felony of the third degree punishable by a term of imprisonment exceeding one year. SIMON has a prior state conviction for aggravated trafficking, a felony of the fourth degree punishable by a term of

[1] Based on my training and experience, I know that none of these firearms are manufactured in Ohio and thus moved in interstate commerce to reach this state.

imprisonment exceeding one year. Notably, court records for that conviction list SIMON's home address as the Nottingham residence.

13. In conclusion, I believe that OGLESBY and SIMON worked together from the Nottingham residence to distribute controlled substances, including fentanyl. Law enforcement conducted controlled buys directly from OGLESBY and, at least one of these occasions, watched him return to that residence after the deal. A vehicle associated with OGLESBY has been observed at this residence on multiple occasions, including on August 12, 2026 – the day the search warrant was executed at the Nottingham residence. During the search, SIMON was discovered inside of the home and attempted (unsuccessfully) to flee from it. SIMON appears to live at and have control over the residence as documents, his license, and court records all link him to that place. As noted above, given the number of weapons, the volume of drugs, and the amount of cash recovered throughout the residence, an unwitting person would not be allowed inside of this residence.

14. Based upon the above-listed facts and circumstances, Your Affiant believes and asserts that there is probable cause to issue the above requested complaints.

Janna Penfield

Janna Penfield, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

This Affidavit was sworn to by the Affiant by telephone after a PDF was transmitted to me on this 14th day of August 2026.

United States Magistrate Judge
Southern District of Ohio
~~Eastern Division~~
Caroline H. Gentry